UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81389-CIV-CANNON

**PAMELA KNOPMAN**,

    Plaintiff, *individually and on behalf of all others similarly situated*,

v.

**TARGET CORPORATION**,
**WAL-MART STORES EAST LP**,
and **WALMART INC.**,

    Defendants.
_____/

## ORDER DISMISSING SHOTGUN COMPLAINT AND PERMITTING REPLEADING

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On October 16, 2023, Plaintiff filed a three-count Complaint against Defendants for violating a Florida law prohibiting sales tax on the sale of Florida and United States flags [ECF No. 1]. The second count in the Complaint, however, incorporates all preceding allegations, thus rendering the Complaint an impermissible "shotgun pleading" [ECF No. 1 ¶ 81]. *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type [of shotgun pleading]—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint."). The Court has an independent obligation to dismiss such pleadings and require repleader.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

CASE NO. 23-81389-CIV-CANNON

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended complaint in accordance with this Order on or before **October 27, 2023**. **The amended complaint must not contain any successive counts that incorporate all prior allegations**. In other words, Counts I and II may incorporate the same factual allegations (paragraphs 1 through 45), but Counts II and III must not broadly incorporate the allegations of previous counts. **Further, each count must identify the particular legal basis for liability and contain specific factual allegations supporting each cause of action within each count**.

3. Failure to comply with this Order may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of October 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record