UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-81389-CIV-CANNON

**PAMELA KNOPMAN**,

    Plaintiff, *individually and on behalf of all others similarly situated*,

v.

**TARGET CORPORATION**,
**WAL-MART STORES EAST LP**,
and **WALMART INC.**,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 6], filed on October 27, 2023. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by a plaintiff prior to any defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective October 27, 2023, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 6].

    The Clerk of Court shall **CLOSE** this case.

CASE NO. 23-81389-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of October 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record